OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/1/2015
DAIL, BENJAMIN COBB    Tr. Ct. No. W219-83036-06-HC          WR-83,803-02

On this day, the application for 11.07 Writ of Habeas Corpus has been receive
and presented to the Court.

Abel Acosta, Clerk

BENJAMIN COBB DAIL
TELFORD UNIT - TDC # 1426850
3899 STATE HWY 98
NEW BOSTON, TX 75570

43B  75570